**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

|  |  |  |
|---|---|---|
| MORRIS RICKS, | : | |
| Petitioner, | : | |
| VS. | : | |
| | : | NO. 5:12-CV-206 (MTT) |
| Chairman ALBERT MURRAY, | : | |
| Respondent. | : | **O R D E R** |

Before the Court is Petitioner **MORRIS RICKS'S** motion for leave to proceed *in forma pauperis* ("IFP") on appeal (Doc. 27).   On August 1, 2013 (Doc. 22), the undersigned adopted the recommendation of the Magistrate Judge that Petitioner's 28 U.S.C. § 2254 motion be denied and that his motion for a certificate of appealability ("COA") be denied.   For the reasons stated in the Magistrate Judge's recommendation, the Court finds that Petitioner does not have a non-frivolous issue for appeal.   *See* 28 U.S.C. § 1915(a)(3).   Accordingly, Petitioner's motion to proceed IFP on appeal is **DENIED**.

**SO ORDERED**, this 8th day of October, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

cr